
RECEIVED
IN MONROE, LA
JAN 2 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PATRICIA AND GLENN TARVER | CIVIL ACTION 3-04-2036 |
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| WYETH, INC., et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that the Wyeth, Inc.'s motion for partial judgment on the pleadings [Doc. No. 69] is GRANTED, and plaintiffs' claims against Wyeth, Inc. for negligent misrepresentation/failure to warn are dismissed.

Monroe, Louisiana, this __26__ day of __January__, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE